UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62029-Civ-Marra/Johnson

GREGORY A. REED,

    Plaintiff,

v.

FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, Gregory A. Reed, files this Motion for Entry of Final Judgment against Defendant, Firstsource Financial Solutions, LLC, and in support thereof states as follows:

1. On October 6, 2011, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed.R.Civ.P. 68, offering judgment on Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), only.

2. On October 24, 2011, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely.

3. Defendant's Offer of Judgment provides for entry of a Judgment of $1,000.00 in favor of Plaintiff plus attorney fees and costs regarding Plaintiff's claims under the FDCPA only. The offer does not effect Plaintiff's claims under the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), which remain before the Court, however, because the federal claim is now resolved and the FCCPA does not have independent federal question jurisdiction and because the case is in its

1

infancy, Plaintiff suggests the Court may not be willing to continue to exercise supplemental jurisdiction over the FCCPA claim and that it should be dismissed without prejudice. District courts have discretion when deciding whether to retain state-based claims after dismissing federal claims. See *Lucero v. Trosch,* 121 F.3d 591, 598 (11th Cir. 1997).

### CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

By service of its Offer in Judgment upon Plaintiff, Defendant has demonstrated its lack of opposition to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Final Judgment in favor of Plaintiff, Gregory A. Reed, and against Defendant, Firstsource Financial Solutions, LLC, in the amount of $1,000.00 plus interest at the legal rate and reserve jurisdiction on the matter of Plaintiff's attorney fees and costs and dismiss the FCCPA claim without prejudice to be re-filed in state Court.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62029-Civ-Marra/Johnson

GREGORY A. REED,

    Plaintiff,

v.

FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 24, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF