UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62029-CIV-MARRA/JOHNSON

GREGORY REED,

    Plaintiff,

vs.

FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,

    Defendant.
_____/

## **FINAL JUDGMENT**

This cause is before the Court upon Plaintiff's Motion for Entry of Final Judgment (DE 8), filed on October 24, 2011. Plaintiff has concurrently filed a Notice of Acceptance of Defendant's Offer of Judgment (DE 7), attached to which is the Offer of Judgment by Defendant dated October 6, 2011. Based on the foregoing, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Final Judgment (DE 8) is **GRANTED**. The Court enters Final Judgment in favor of Plaintiff, Gregory A. Reed, and against Defendant, Firstsource Financial Solutions, LLC, with respect to Plaintiff's claims under the Fair Debt Collection Act, 15 U.S.C. § 1629 *et seq*. Plaintiff shall recover from the Defendant the sum of $1,000, and this amount shall accrue post-judgment interest at the rate of 0.07%, for which let execution issue. The Court reserves jurisdiction on the matter of Plaintiff's attorney's fees and costs. The court **DISMISSES WITHOUT PREJUDICE** the claim under the Florida Consumer Collection Practices Act.

The Clerk shall **CLOSE THIS CASE**.  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 25th day of October, 2011.

_____
KENNETH A. MARRA
United States District Judge

Copies to:
Counsel of record