UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62029-CIV-MARRA

GREGORY A. REED,

Plaintiff,

vs.

FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,

Defendant.

_____/

## JUDGMENT

This cause is before the Court upon the separately issued order granting in part and denying in part Plaintiff's Motion for Costs and granting Plaintiff's Motion for Attorney's Fees. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) Plaintiff is awarded $390 in costs and $1,477 in attorney's fees, for a total award of $1,867.

2) Judgment is hereby entered on behalf of Plaintiff Gregory A. Reed and against Defendant FirstSource Financial Solutions, LLC in the amount of $1,867.

3) The Judgment shall bear interest at the rate of 0.09% per annum from the date of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of January, 2012.

_____
KENNETH A. MARRA
United States District Judge